**Order entered April 11, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01388-CV

## TIM SIEGEL, ET AL., Appellants

## V.

## GALG, LLC D/B/A GOODSON GOLF & UTILITY CARS, Appellee

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-17245**

## ORDER

Before the Court is appellants' April 9, 2019 motion to supplement the clerk's record. We **GRANT** the motion. We **ORDER** Dallas County District Clerk Felicia Pitre to file, by **April 16, 2019**, a supplemental clerk's record containing "Plaintiffs' Response to Yamaha Defendants' Traditional and No-Evidence Motion for Summary Judgment" filed on May 29, 2018.

/s/     BILL WHITEHILL
         JUSTICE